# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LATOYA COOPER,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and **PUBLIX SUPER MARKETS, INC.,**
Appellees.

No. 4D2025-2918

[July 2, 2026]

Administrative appeal from the State of Florida, Reemployment Assistance Appeals Commission; L.T. Case No. RAAC 25-01071.

Latoya Cooper, Lake Worth, pro se.

Katie Elisabeth Sabo of Reemployment Assistance Appeals Commission, Tallahassee, for appellees.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., SHEPHERD and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***